| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**WESTERN DISTRICT OF OKLAHOMA** | **FILED**<br>Dec. 18, 2014<br>Grant E. Price , Clerk<br>U.S. BANKRUPTCY COURT<br>WESTERN DISTRICT OF OKLA. |

In Re:

**Loeva M. Bailey**                                                                  Case Number: **14–14316**

                DEBTOR(s).

To:

| | |
|---|---|
| **Loeva M. Bailey** | **James E. Palinkas** |
| **1701 Airport Dr., Apt. 710**<br>**Shawnee, OK 74804** | **J.E. Palinkas, P.C.**<br>**228 N. Broadway**<br>**Shawnee, OK 74801** |

## CLERK'S NOTICE OF DEFICIENCY
## FINANCIAL MANAGEMENT INSTRUCTIONAL COURSE

   A certificate of completion of an instruction course concerning personal financial management is required to be filed pursuant to 11 U.S.C. § § 111, 727, 1328 and 1141. The Court is prohibited from discharging a case until the certificate is filed.

   The docket indicates that the case referenced above is ready for discharge. A certificate of completion of an instruction course concerning financial management has not been filed.

   A discharge cannot be issued in this case until a certificate of completion has been filed. If a certificate reflecting completion of a financial management instructional course is not filed, the case will be administratively closed within thirty (30) days and a fee to reopen the case will be assessed to obtain a discharge.

DATED: **12/18/14**

| | |
|---|---|
| U.S. Post Office / Federal Building<br>215 Dean A. McGee Avenue<br>Oklahoma City, OK. 73102<br>Telephone Number: (405) 609–5700<br>Hours Open: 8:30 a.m. – 4:30 pm Monday – Friday | FOR THE COURT:<br>**Grant E. Price**<br>**Clerk of the Bankruptcy Court** |